BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KULWINDER DOSANJH SINGH,<br>　　aka "Sandhu, aka "Sodhi,"<br><br>　　　　　　　　Defendant. | CASE NO.  2:15-CR-146 JAM<br><br>STIPULATION TO VACATE JUDGMENT AND SENTENCING HEARING AND TO SET MATTER FOR STATUS HEARING RE: SENTENCING |

**<u>STIPULATION</u>**

Plaintiff United States of America, by and through its counsel of record, and defendant Kulwinder Dosangh Singh, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a judgment and sentencing hearing on November 17, 2015.

2. By this stipulation, the parties jointly move the Court to vacate the judgment and sentencing hearing and set this matter for a status hearing regarding sentencing on February 23, 2016.

3. Because the defendant stands convicted of conspiracy to commit bribery and to commit identity fraud in violation of 18 U.S.C. § 371, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, do not apply to this stipulation.

IT IS SO STIPULATED.

DATED: October 9, 2015

BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: October 9, 2015

*/s/ Todd A. Pickles for*
CHRISTOPHER MORALES, ESQ.

For defendant KULWINDER DOSANJH SING

## **O R D E R**

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and orders that the judgment and sentencing set for November 17, 2015 is VACATED and this matter is set for a status hearing regarding sentencing on February 23, 2016 at 9:15 a.m.

IT IS SO ORDERED this 13th day of October, 2015.

/s/ John A. Mendez
HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE