BENJAMIN B. WAGNER
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>         v.<br><br>KULWINDER DOSANJH SINGH,<br>     aka "Sandhu, aka "Sodhi,"<br><br>                    Defendant. | CASE NO.  2:15-CR-146 GEB<br><br>STIPULATION TO CONTINUE MATTER FOR STATUS HEARING RE: SENTENCING |

## **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Kulwinder Dosangh Singh, by and through his counsel of record, hereby stipulate as follows:

1.     By previous order, this matter was set for a status hearing regarding judgment and sentencing hearing on February 23, 2016, which was reset to February 26, 2016.

2.     By this stipulation, the parties jointly move the Court to continue the status hearing regarding sentencing to August 12, 2016.

3.     Because the defendant stands convicted of conspiracy to commit bribery and to commit identity fraud in violation of 18 U.S.C. § 371, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, do not apply to this stipulation.

IT IS SO STIPULATED.

DATED: February 25, 2016      BENJAMIN B. WAGNER
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: February 25, 2016      */s/ Todd A. Pickles for*
CHRISTOPHER MORALES, ESQ.

For defendant KULWINDER DOSANJH SING

## **O R D E R**

For the reasons set forth in the parties' stipulation, the Court hereby ADOPTS the parties' stipulation and ORDERS this matter is continued for a status hearing regarding sentencing on August 12, 2016 at 9:00 a.m.

Dated: February 29, 2016

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge