PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> KULWINDER DOSANJH SINGH, <br> aka "Sandhu, aka "Sodhi," <br><br> Defendant. | CASE NO. 2:15-CR-146 GEB <br><br> STIPULATION TO CONTINUE MATTER FOR STATUS HEARING RE: SENTENCING |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Kulwinder Dosangh Singh, by and through his counsel of record, hereby stipulate as follows:

1.  By previous order, this matter was set for a status hearing regarding judgment and sentencing hearing on February 10, 2017.

2.  By this stipulation, the parties jointly move the Court to continue the status hearing regarding sentencing to April 28, 2017.

3.  Because the defendant stands convicted of conspiracy to commit bribery and to commit identity fraud in violation of 18 U.S.C. § 371, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, do not apply to this stipulation.

STIPULATION AND PROPOSED ORDER RE: SENTENCING      1

IT IS SO STIPULATED.

DATED: February 8, 2017

PHILLIP A. TALBERT
United States Attorney

/s/ Todd A. Pickles
TODD A. PICKLES
Assistant United States Attorney

For the UNITED STATES OF AMERICA

DATED: February 8, 2017

/s/ Todd A. Pickles for
CHRISTOPHER MORALES, ESQ.

For defendant KULWINDER DOSANJH SING

**O R D E R**

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and ORDERS this matter is continued for a status hearing regarding sentencing on April 28, 2017 at 9:00 a.m.

IT IS SO ORDERED.
Dated: February 8, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge