UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>EMMA KLEM,<br><br>        Defendant. | No. 2:15-CR-00139-GEB |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>KULWINDER DOSANJH SINGH,<br>  aka "Sandhu," aka "Sodhi,"<br><br>        Defendant. | No. 2:15-CR-00146-GEB |
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>ANDREW KIMURA, et al.,<br><br>        Defendants. | No. 2:15-CR-00161-GEB |

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SCATTAGLIA, et al.,<br>Defendants. | No. 2:17-CR-00187-KJM<br><br>**RELATED CASES ORDER** |

On October 19, 2017, the United States of America filed a "Notice of Related Cases," in which it states:

> All of the above-referenced cases arise out of a series of on-going investigations by Federal Bureau of Investigation ("FBI"), Department of Homeland Security, Homeland Security Investigations ("HSI"), and Department of Motor Vehicles-Office of Internal Affairs ("DMV-OIA"). The first three above-captioned cases (United States v. Klem, United States v. Singh, and United States v. Kimura, et al.) were filed in 2015, and include allegations that the named defendants and others engaged in a common conspiracy or common conspiracies to commit bribery and to commit identity fraud in violation of 18 U.S.C. § 371. The factual allegations relate to the same bribery and identity fraud conspiracy to obtain California driver licenses (CDLs) without the applicants needing to take or pass the requisite examinations, and include some of the same overt acts in furtherance of the scheme. By order of the Court,[1] the first three cases were found related and were assigned to the same judge.[]
>
> As a result of the FBI/HSI/DMV-OIA investigation into the Klem-Singh-Kimura et al. conspiracy, defendant Kari Scattaglia in United States v. Scattaglia, et al., 2:17-cr-00187 KJM, was identified as a subject of the on-going investigation. This included evidence that Scattaglia accessed some of the same fraudulent records as some of the defendants named in the Klem-Singh-Kimura, et al., cases and which were part of the charged conduct in Klem-Singh-Kimura, et al.

---

[1] Related Case Order, ECF No. 35 in 2:15-cr-00161.

> In Scattaglia, et al., Scattaglia and co-defendant Lisa Terraciano are charged as part of a conspiracy to commit bribery, identity fraud, and unauthorized access of a computer to obtain CDLs without the applicants needing to take or pass the requisite examinations. In substance, the information in Scattaglia, et al., charges a similar conspiracy with some overlapping evidence as in the Klem-Singh-Kimura, et al., conspiracies. Compare Scattaglia, Dckt. No. 1 with Klem, Dckt. No. 1; Singh, Dckt. No.1, and Kimura, et al., Dckt. No. 1.[]
>
> The United States also believes that there may be some overlapping evidentiary questions as well as the same or similar questions of law, including the calculation of the advisory sentencing guidelines based on the same or similar issues unique to the DMV bribery cases.

Mot. to Relate 2:13-3:11, ECF No. 96 in 2:15-cr-00161-GEB (footnotes omitted).

The actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Under the regular practice of this court, related actions are generally assigned to the judge to whom the first filed action was assigned. Therefore, case number 2:17-cr-00187-KJM is reassigned to the undersigned judge for all further proceedings, and the caption on the reassigned action shall show the initials "GEB." Further, any date currently set in the reassigned action is VACATED.

The Clerk of the Court shall make an appropriate adjustment in the assignment of criminal cases to compensate for this reassignment.

Dated: October 24, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

3