| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | United States Attorney |
| 2 | TODD A. PICKLES |
| | Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100 |
| | Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700 |
| | Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff |
| | United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-146 GEB |
| Plaintiff, | STIPULATION TO CONTINUE MATTER FOR STATUS HEARING RE: SENTENCING |
| v. | |
| KULWINDER DOSANJH SINGH, aka "Sandhu," aka "Sodhi," | |
| Defendant. | |

## STIPULATION

Plaintiff United States of America, by and through its counsel of record, and defendant Kulwinder Dosangh Singh, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing regarding judgment and sentencing hearing on December 15, 2017. Subsequently, trial has been set in the related case *United States v. Turchin*, *et al.*, 2:15-cr-161 GEB.

2. By this stipulation, the parties jointly move the Court to continue the status hearing regarding sentencing to November 2, 2018.

3. Because the defendant stands convicted of conspiracy to commit bribery and to commit identity fraud in violation of 18 U.S.C. § 371, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, do not apply to this stipulation.

STIPULATION AND PROPOSED ORDER RE: SENTENCING

1

IT IS SO STIPULATED.

DATED: December 12, 2017       PHILLIP A. TALBERT
                               United States Attorney

                               /s/ Todd A. Pickles
                               TODD A. PICKLES
                               Assistant United States Attorney

                               For the UNITED STATES OF AMERICA

DATED: December 12, 2017       /s/ Todd A. Pickles for
                               CHRISTOPHER MORALES, ESQ.

                               For defendant KULWINDER DOSANJH SING

## **O R D E R**

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and ORDERS this matter is continued for a status hearing regarding sentencing on November 2, 2018 at 9:00 a.m.

IT IS SO ORDERED.
Dated: December 13, 2017

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge