| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TODD A. PICKLES<br>ROSANNE L. RUST |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile: (916) 554-2900 |
| 6 | |
| 7 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:15-CR-146 GEB |
| Plaintiff, | STIPULATION TO SET MATTER FOR JUDGMENT AND SENTENCING HEARING AND TO SET SCHEDULE; PROPOSED ORDER |
| v. | |
| KULWINDER DOSANJH SINGH,<br>aka "Sandhu," aka "Sodhi," | |
| Defendant. | |

### **STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Kulwinder Dosangh Singh, by and through his counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for a status hearing regarding judgment and sentencing hearing on November 2, 2018.

2. By this stipulation, the parties jointly request that the Court vacate the status hearing and set the matter for a judgment and sentencing hearing on November 16, 2018 at 9:00 a.m. The parties further request that the Court adopt the following schedule regarding judgment and sentencing:

| | |
|---|---|
| Draft Presentence Investigation Report: | October 5, 2018 |
| Informal Objections: | October 19, 2018 |

STIPULATION AND PROPOSED ORDER RE: SENTENCING     1

| | |
|---|---|
| Final Presentence Investigation Report: | October 26, 2018 |
| Motion for Correction: | November 2, 2018 |
| Reply or Statement of Non-Opposition: | November 9, 2018 |
| Judgment and Sentencing Date: | November 16, 2018 |

3. Because the defendant stands convicted of conspiracy to commit bribery and to commit identity fraud in violation of 18 U.S.C. § 371, the provisions of the Speedy Trial Act, 18 U.S.C. § 3161, *et seq.*, do not apply to this stipulation.

IT IS SO STIPULATED AND REQUESTED.

DATED: July 30, 2018
McGREGOR W. SCOTT
United States Attorney

*/s/ Todd A. Pickles*
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys

For the UNITED STATES OF AMERICA

DATED: July 30, 2018
*/s/ Christopher Morales (as authorized 7/30/18)*
CHRISTOPHER MORALES, ESQ.

For defendant KULWINDER DOSANJH SING

**O R D E R**

For the reasons set forth in the parties' stipulation and for good cause showing, the Court hereby ADOPTS the parties' stipulation and ORDERS this matter set for a Judgment and Sentencing hearing on November 16, 2018 at 9:00 a.m. The Court ADOPTS the parties' proposed schedule regarding the judgment and sentencing hearing.

IT IS SO ORDERED.

Dated: August 1, 2018

GARLAND E. BURRELL, JR.
Senior United States District Judge